THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JIUSAN GROUP TIANJIN SOYA SCIENCE AND TECHNOLOGY CO. LTD., a Chinese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANGELAKOS LTD., ANGELAKOS (HELLAS) S.A., HISPANIA GRAECA SHIPPING LTD., AFRICA GRAECA SHIPPING LTD.,<br><br>Defendant(s). | IN ADMIRALTY<br><br>No.  3:19-cv-06043-RBL<br><br>**WRIT OF MARITIME ATTACHMENT AND GARNISHMENT** |

**TO:   THE UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:**

WHEREAS a Verified Complaint has been filed in the United States District Court for the Western District of Washington on November 4, 2019 by Plaintiff Jiusan Group Tianjin Soya Science and Technology Co. Ltd. against Angelakos Ltd., Angelakos (Hellas) S.A., Hispania Graeca Shipping Ltd., and Africa Graeca Shipping Ltd., upon admiralty and maritime claims currently valued at USD $10,456,667.00, subject to change following updated cargo and property valuations as set forth in the Verified Complaint; and

WRIT OF MARITIME ATTACHMENT AND GARNISHMENT – Page 1
{00001-00554540;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

WHEREAS, the Court, after due consideration, has signed an Order for issuance of the writ of maritime attachment and garnishment.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to attach and seize the vessel M/V AFRICA GRAECA (IMO No. 9221621), any letters of credit, bills of lading, debts, effects, and monies, funds, credits, accounts, brokerage accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, owed to, being held for or on behalf or otherwise for the benefit of the Defendants.  You are further commanded to give notice that the garnishee shall serve an answer, together with answers to any interrogatories served with the complaint, within 21 days after service of process upon the garnishee, and that the Defendants shall serve an answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

YOU ARE FURTHER COMMANDED to file this process with the Court with your return promptly after execution thereof.

DATED this 5th day of  November, 2019.

CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON

_____
DEPUTY CLERK

WRIT OF MARITIME ATTACHMENT AND GARNISHMENT – Page 2
{00001-00554540;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990