THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JIUSAN GROUP TIANJIN SOYA SCIENCE AND TECHNOLOGY CO. LTD., a Chinese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANGELAKOS LTD., ANGELAKOS (HELLAS) S.A., HISPANIA GRAECA SHIPPING LTD., AFRICA GRAECA SHIPPING LTD.,<br><br>Defendant(s). | IN ADMIRALTY<br><br>No. 3:19-cv-06043-RBL<br><br>**DECLARATION OF MARY C. BUTLER IN SUPPORT OF MOTION FOR ORDER DEPUTIZING BUCK FOWLER** |

I, MARY C. BUTLER, declare as follows:

1. I am one of the attorneys for Plaintiff Jiusan Group Tianjin Soya Science and Technology Co. Ltd. in the above-captioned action, am over the age of 18, and make the following statements based upon my own personal knowledge.

2. On November 5, 2019, my office called the Puget Sound Marine Exchange to request information about the date the vessel M/V AFRICA GRAECA (IMO No. 9221621) will be leaving the District. The Puget Sound Marine Exchange advised that the M/V

DECLARATION OF MARY C. BUTLER – Page 1
{29296-00560329;2}

AFRICA GRAECA is currently at anchor in Tacoma, Washington and presently had no information about the date the Vessel is leaving.

3. Before Plaintiff filed the Verified Complaint to initiate this action (Dkt. No. 1), I attempted to contact the U.S. Marshal's office for the Western District of Washington to notify them of the potential arrest and make arrangements for service of the writ. I called and left messages for Michele Stiltner, a property specialist who is responsible for admiralty and civil process, on October 25, 2019, November 1, 2019, and November 4, 2019. I was unable to speak with Ms. Stiltner and did not receive a return telephone call.

4. On November 4, 2019, I called the U.S. Marshal's main office at 3:15 pm and was advised that the office was "closed."

5. On November 4, 2019, I called Ed Muldowney at the U.S. Marshal's office but I could not reach him and was not given an option to leave a message. I was informed later that he is retired.

6. On November 4, 2019, I called Doris Harriman, whom I understand works with Ms. Stiltner at the U.S. Marshal's office, and left a message notifying her about the potential arrest and asking to speak with someone about the availability of a deputy.

7. On November 5, 2019, after this Court issued the writ of attachment (Dkt. No. 9), I visited the U.S. Marshal's office and was advised that Ms. Stiltner is out of the office for medical reasons, and her return date is unknown. I was also advised that Ms. Stiltner was the only individual at the U.S. Marshal's office who handles admiralty matters, and the U.S. Marshal's office was unlikely to serve the writ of attachment until Ms. Stiltner returned to the office.

DECLARATION OF MARY C. BUTLER – Page 2
{29296-00560329;2}

Le Gros Buchanan
& Paul
4025 Delridge Way SW
Suite 500
Seattle, Washington 98106-1271
(206) 623-4990

8. Attached as **Exhibit 1** is a true and correct copy of an Order Deputizing James W. Scheel to Act In Lieu of U.S. Marshal in Serving Warrant of Arrest of M/V DARYA VISHNU issued in *Chemoil Corporation v. M/V DARYA VISHNU*, No. 3:13-cv-5494-RBL, in the U.S. District Court for the Western District of Washington.

I HEREBY DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this 5th day of November, 2019 at Seattle, Washington.

By: *s/ Mary C. Butler*
Mary C. Butler, WSBA #44855

DECLARATION OF MARY C. BUTLER – Page 3
{29296-00560329;2}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Ronald B. Leighton and serve it on all associated counsel:

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 5th day of November, 2019 at Seattle, Washington.

*s/ Shelley Courter*
Shelley Courter, Legal Assistant
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone: 206-623-4990
scourter@legros.com

DECLARATION OF MARY C. BUTLER – Page 4

{29296-00560329;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990