THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JIUSAN GROUP TIANJIN SOYA SCIENCE AND TECHNOLOGY CO. LTD., a Chinese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANGELAKOS LTD., ANGELAKOS (HELLAS) S.A., HISPANIA GRAECA SHIPPING LTD., AFRICA GRAECA SHIPPING LTD.,<br><br>Defendant(s). | IN ADMIRALTY<br><br>No. 3:19-cv-06043-RBL<br><br>**ORDER DEPUTIZING BUCK FOWLER OF MARINE LENDER SERVICES, LLC TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WRIT OF ATTACHMENT OF M/V AFRICA GRAECA** |

THIS COURT upon the Motion of Plaintiff Jiusan Group Tianjin Soya Science and Technology Co., Ltd., for an order deputizing Buck Fowler of Marine Lender Services, LLC to Act in Lieu of U.S. Marshall in serving writ of attachment of M/V AFRICA GRAECA (IMO NO. 9221621), on behalf of the United States Marshal, and for good cause, it is hereby:

ORDERED that Plaintiff's Motion is granted and Buck Fowler of Marine Lender Services, LLC is hereby deputized to serve the Writ of Attachment issued by this Court on

ORDER DEPUTIZING BUCK FOWLER TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WRIT OF ATTACHMENT OF M/V AFRICA GRAECA – Page 1

{29296-00554568;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

the M/V AFRICA GRAECA (IMO No. 9221621), on behalf of the U.S. Marshal for the Western District of Washington, and It Is Further

ORDERED that Buck Fowler shall report the results of the arrest to the U.S. Marshall for the Western District of Washington and file a return of service with this Court following service of the Writ of Attachment.

SO ORDERED ON this 5th day of November, 2019.

Ronald B. Leighton
United States District Judge

Presented by:

LE GROS BUCHANAN & PAUL

*s/ Eric R. McVittie*
*s/ Daniel J. Park*
*s/ Mary C. Butler*
Eric R. McVittie, WSBA # 20538
Daniel J. Park, WSBA # 43748
Mary C. Butler, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Fax: (206) 467-4828
Email: emcvittie@legros.com,
dpark@legros.com,
mbutler@legros.com

Attorneys for Plaintiff Jiusan Group Tianjin Soya Science and Technology Co. Ltd.

ORDER DEPUTIZING BUCK FOWLER TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WRIT OF ATTACHMENT OF M/V AFRICA GRAECA – Page 2

{29296-00554568;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990