THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JIUSAN GROUP TIANJIN SOYA SCIENCE AND TECHNOLOGY CO. LTD., a Chinese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANGELAKOS LTD., ANGELAKOS (HELLAS) S.A., HISPANIA GRAECA SHIPPING LTD., AFRICA GRAECA SHIPPING LTD.,<br><br>Defendant(s). | IN ADMIRALTY<br><br>No. 3:19-cv-06043-RBL<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* AND EMERGENCY MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL** |

THIS COURT upon the Motion of Plaintiff Jiusan Group Tianjin Soya Science and Technology Co., Ltd., to allow cargo handling, repairs, and movement of the M/V AFRICA GRAECA (IMO NO. 9221621) ("the Vessel"), requesting issuance of an order, and the Court finding that the conditions set forth in Local Rule 135(d) and good cause exist, now therefore, it is hereby:

ORDERED that Plaintiff's motion is granted, that the Vessel is permitted to conduct normal operations while under Rule B attachment, including fueling, loading, discharging,

ORDER GRANTING PLAINTIFF'S *EX PARTE* AND EMERGENCY MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL – Page 1

{00001-00562683;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

cargo handling, repairs, and vessel movement within the District, but at the risk and expense of the Vessel's interests; and it is further

ORDERED that the substitute custodian Marine Lender Services, LLC shall ensure that the operations of the Vessel conducted are normal port operations, *i.e.,* normal cargo operations, both discharging and loading, repair work, fueling, and vessel movement, and that the Vessel always remains within the waters of the District, unless and until otherwise ordered by the Court; and it is further

ORDERED that, should Plaintiff be for some reason called to pay for the costs of said normal operations of the Vessel in the first instance while the Vessel is under Rule B attachment, those costs shall constitute expenses that are custodial egis and administrative expenses herein.

SO ORDERED ON this 8th day of November, 2019.

_____
Ronald B. Leighton
United States District Judge

ORDER GRANTING PLAINTIFF'S *EX PARTE* AND EMERGENCY MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL – Page 2

{00001-00562683;1}

Le Gros Buchanan & Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Presented by:

LE GROS BUCHANAN & PAUL

*s/ Eric R. McVittie*
*s/ Daniel J. Park*
*s/ Mary C. Butler*
Eric R. McVittie, WSBA # 20538
Daniel J. Park, WSBA # 43748
Mary C. Butler, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Fax: (206) 467-4828
Email: emcvittie@legros.com,
mbutler@legros.com

Attorneys for Plaintiff Jiusan Group Tianjin Soya Science and Technology Co. Ltd.

---

ORDER GRANTING PLAINTIFF'S *EX PARTE* AND EMERGENCY MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL – Page 3

{00001-00562683;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990