THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JIUSAN GROUP TIANJIN SOYA SCIENCE AND TECHNOLOGY CO. LTD., a Chinese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANGELAKOS LTD., ANGELAKOS (HELLAS) S.A., HISPANIA GRAECA SHIPPING LTD., AFRICA GRAECA SHIPPING LTD.,<br><br>Defendant(s). | IN ADMIRALTY<br><br>No. 3:19-cv-06043-RBL<br><br>**EMERGENCY AND EX PARTE MOTION AND ORDER FOR RELEASE OF VESSEL**<br><br>**UNOPPOSED** |

## UNOPPOSED MOTION

WHEREAS, the Plaintiff Jiusan Group Tianjin Soya Science and Technology Co. Ltd. ("Plaintiff") has caused the vessel M/V AFRICA GRAECA (IMO. No. 9221621) ("Vessel") to be attached and arrested in this jurisdiction pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims;

WHEREAS, the Owners of the Vessel have provided a letter of undertaking and other security to Plaintiff in a form and amount acceptable to Plaintiff for the release of the Vessel; and

EMERGENCY AND EX PARTE MOTION AND ORDER FOR RELEASE OF VESSEL – Page 1

{00001-00562911;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

WHEREAS, the costs of and associated with the arrest of the Vessel are issues to be dealt with in the agreed forum of dispute resolution between Plaintiff and the Owners of the Vessel and the M/V HISPANIA GRAECA, namely by an arbitral tribunal to be constituted in London.

Plaintiff hereby MOVES for an order releasing the Vessel from arrest and allowing the Vessel to depart this jurisdiction because security in sufficient form and amount has been provided by the Owners for the release of the Vessel.

DATED: November 9, 2019

LE GROS BUCHANAN & PAUL

*s/ Eric R. McVittie*
*s/ Daniel J. Park*
*s/ Mary C. Butler*
Eric R. McVittie, WSBA # 20538
Daniel J. Park, WSBA # 43748
Mary C. Butler, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Email: emcvittie@legros.com,
dpark@legros.com,
mbutler@legros.com

Attorneys for Plaintiff Jiusan Group Tianjin Soya Science and Technology Co. Ltd.

//
//
//
//

EMERGENCY AND EX PARTE MOTION AND
ORDER FOR RELEASE OF VESSEL – Page 2

{00001-00562911;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER FOR RELEASE OF VESSEL

Pursuant to the foregoing Unopposed Motion, it is hereby:

ORDERED that the vessel M/V AFRICA GRAECA (IMO. No. 9221621) shall be released from arrest and allowed to depart this jurisdiction because security in sufficient form and amount has been provided by the Owners of the Vessel for the release of the M/V AFRICA GRAECA, and the United States Marshal and Substitute Custodian, Marine Lender Services, LLC, are hereby directed to release the M/V AFRICA GRAECA from the Court's arrest.

SO ORDERED ON this __9th__ day of November, 2019.

*s/ Ronald B. Leighton*
THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LE GROS BUCHANAN & PAUL

*s/ Eric R. McVittie*
*s/ Daniel J. Park*
*s/ Mary C. Butler*
Eric R. McVittie, WSBA # 20538
Daniel J. Park, WSBA # 43748
Mary C. Butler, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Email: emcvittie@legros.com, dpark@legros.com, mbutler@legros.com
Attorneys for Plaintiff Jiusan Group Tianjin Soya Science and Technology Co. Ltd.

EMERGENCY AND EX PARTE MOTION AND
ORDER FOR RELEASE OF VESSEL – Page 3

{00001-00562911;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990